UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFA PHARMA LLC, | CASE NO. C24-2119-KKE |
| Plaintiff(s), | ORDER TO FILE A DIVERSITY DISCLOSURE STATEMENT |
| v. | |
| RRKS INTERNATIONAL GROUP LLC, et al., | |
| Defendant(s). | |

Plaintiff's complaint invokes this Court's jurisdiction on the basis of diversity of citizenship between the parties. Dkt. No. 1 at 2. Because Plaintiff is an LLC, it is required to file a diversity disclosure statement that identifies the name <u>and state citizenship</u> of each individual or entity whose citizenship is attributable to Plaintiff, in compliance with Federal Rule of Civil Procedure 7.1(a)(2).

Plaintiff filed a corporate disclosure statement under Rule 7.1(a)(1) (Dkt. No. 2), but is ORDERED to also file a statement under Rule 7.1(a)(2), no later than May 19, 2025.

Dated this 7th day of May, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER TO FILE A DIVERSITY DISCLOSURE STATEMENT - 1