UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFA PHARMA LLC, | CASE NO. C24-2119-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| RRKS INTERNATIONAL GROUP LLC, et al., | |
| Defendant(s). | |

The complaint in this matter was filed on December 20, 2024. Dkt. No. 1. To date, Plaintiff has not provided proof that proper service of the complaint has been made on Defendants RRKS International Group LLC or Charan Prasant, as required by Federal Rule of Civil Procedure 4(m).[1]

One of the other Defendants, RRKS Exim Pvt. Ltd., is identified in the complaint as a foreign corporation existing in India. *See* Dkt. No. 1 ¶ 6. Although the 90-day deadline for service under Rule 4(m) does not apply to that foreign Defendant, Plaintiff has nonetheless provided no proof that proper service has been made on RRKS Exim Pvt. Ltd. either.

Plaintiff is hereby ORDERED TO SHOW CAUSE by May 19, 2025, why Plaintiff's claims against Defendants RRKS International Group LLC, Charan Prasant, and RRKS Exim Pvt.

---

[1] Plaintiff did file an affidavit asserting that Defendant Rosamaria Peralta was served on February 11, 2025, and now requests entry of default against her. Dkt. Nos. 4, 5.

ORDER TO SHOW CAUSE - 1

Ltd. should not be dismissed without prejudice for failure to prosecute. Absent a timely response to this order, the Court will dismiss those claims without prejudice.

Dated this 9th day of May, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge