UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFA PHARMA LLC, | CASE NO. C24-2119-KKE |
| Plaintiff(s), | ORDER TO FILE A STATUS REPORT |
| v. | |
| RRKS INTERNATIONAL GROUP LLC, et al., | |
| Defendant(s). | |

The Court previously granted Plaintiff's *ex parte* request for expedited discovery for the purpose of locating unserved Defendants, and ordered Plaintiff to file a status report detailing its efforts to locate and serve those Defendants. *See* Dkt. No. 15. Plaintiff timely filed a status report, requesting an additional 90 days to complete its investigation, based on new information recently discovered. Dkt. No. 16.

The Court finds good cause for this extension and therefore ORDERS Plaintiff to file a status report no later than November 27, 2025, addressing whether additional parties should be named as Defendants and, if necessary, whether Plaintiff will seek leave of Court to effect

ORDER TO FILE A STATUS REPORT - 1

alternative service on Defendant Prasant Charan.[1]  *See* Dkt. No. 16 at 4.

Dated this 3rd day of September, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

---

[1] This Defendant is identified on the docket and in the complaint as Charan Prasant (Dkt. No. 1 ¶ 7), as Charan Prashant in some references the prior status report (Dkt. No. 11 at 3), but as Prasant Charan in Plaintiffs' recent status report. Dkt. No. 16.

ORDER TO FILE A STATUS REPORT - 2